# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.

_____

No. 3D22-1731
Lower Tribunal No. 16-4348

_____

**Asuka Nomura,**
Appellant,

vs.

**Hideto Hata,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Spencer Multack, Judge.

Law Firm of Anya Cintron Stern, PA, and Anya Cintron Stern, for appellant.

Davis Smith & Jean, LLC, and Sonja A. Jean and Laura Davis Smith, BCS, for appellee.

Before LOGUE, SCALES, and HENDON, JJ.

PER CURIAM.

ON CONFESSION OF ERROR

Based upon Appellee's commendable confession of error, we reverse

the order under review because the case management conference that led

to the issuance of the order of reunification had not been noticed as an evidentiary hearing and Appellant was given no notice or an opportunity to present evidence. Mezei v. Tzynder, 307 So. 3d 83, 83-84 (Fla. 3d DCA 2020) ("Because the motion to modify timesharing was not properly noticed for hearing, the mother was divested of her procedural due process rights.").